UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CARTER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>D. SAMUELS,<br><br>　　　　Respondent. | No. CV 22-4055-VBF (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the Petition for Writ of Habeas Corpus and the Report and Recommendation. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　IT IS ORDERED that Respondent's motion to dismiss Grounds Three and Five of the Petition for Writ of Habeas Corpus is GRANTED.

　　　IT IS FURTHER ORDERED that Respondent shall file a response to the surviving grounds for relief within 60 days after of this order.

　　　This matter is referred back to the Magistrate Judge for further proceedings.

DATED: __March 11, 2024__　　　　　　　　　_Valerie Baker Fairbank_
　　　　　　　　　　　　　　　　　　　　　　　VALERIE BAKER FAIRBANK
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge