JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CARTER,<br><br>              Petitioner,<br><br>        v.<br><br>D. SAMUELS,<br><br>              Respondent. | CV 22-4055-VBF (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that judgment is entered denying the Petition for Writ of Habeas Corpus and this action is dismissed with prejudice.

Date:  January 19, 2026

*Valerie Baker Fairbank*

_____

The Hon. VALERIE BAKER FAIRBANK
Senior United States District Judge